*Counsel Listed On Next Page*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS SALCEDO, an individual,<br><br>Plaintiff,<br><br>INTERSTATE-MCBEE, a business entity of unknown format; INTERSTATE-MCBEE, LLC, an Ohio Limited Liability Company; INTERSTATE-MCBEE PROPERTIES CALIFORNIA, LLC, an Ohio Limited Liability Company; MCBEE SUPPLY CORPORATION, an Ohio Corporation; INTERSTATE DIESEL SERVICE, INC., an Ohio Corporation; IM PARTS, LLC, an Ohio Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: **2:18-cv-07359 MWF(SSx)**<br><br>[*Case assigned to the Honorable Michael W. Fitzgerald, Courtroom 5A*]<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 29, 2018<br>Removal Date: August 22, 2018<br>Trial Date: None Set Yet |

///

///

///

///

///

-1-
ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Ramin R. Younessi (SBN 175020)
Samvel Geshgian (SBN 300470)
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201
E-mail: ryounessi@younessilaw.com
E-mail: sgeshgian@younessilaw.com

Attorneys for Plaintiff
JUAN CARLOS SALCEDO

Leila Nourani (SBN 163336)
Tony P. Zhao (SBN 313328)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail: leila.nourani@jacksonlewis.com
E-mail: tony.zhao@jacksonlewis.com

Attorneys for Defendants
INTERSTATE McBEE, LLC (erroneously sued as
INTERSTATE-McBEE); IM PARTS, LLC;
INTERSTATE DIESEL SERVICE, INC.; and
McBEE SUPPLY CORPORATION

## ORDER

For good cause shown and based upon the stipulation of the Parties to this action, IT IS HEREBY ORDERED Plaintiff's entire complaint against Defendants including all causes of action as alleged therein is hereby dismissed with prejudice; and All parties shall bear their own attorney's fees and costs.

DATED: December 14, 2018

_____
Hon. Michael W. Fitzgerald
United States District Judge